UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

```
FILED BY_____D.C.

     JUN - 6 2019

  ANGELA E. NOBLE
  CLERK U.S. DIST. CT.
 S. D. OF FLA. - FT. LAUD.
```

Case No. 19-60152-CR-Scola

In re Sealed Indictment.

_____/

## MOTION TO SEAL INDICTMENT

The United States of America, by and through the undersigned Assistant United States Attorney, hereby requests this Honorable Court seal the *Indictment and all associated documents* in this case (except for copies to be used by law enforcement personnel during execution of their official duties, including reporting to INTERPOL) until further order of the Court, or until the subject has been arrested.

Respectfully submitted,

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

By: _____

Sean Beaty
Trial Attorney
U.S. Department of Justice, Tax Division
Southern Criminal Enforcement Section
Sean.P.Beaty@usdoj.gov
150 M Street, NE, Room 1.811
Washington, DC 20002
Work:  (202) 616-2717
Fax: (202) 514-0961
Attorney for United States of America