United States District Court
for the
Southern District of Florida

| | |
|---|---|
| United States of America,<br>Plaintiff<br><br>v.<br><br>Brian Nelson Booker,<br>Defendant. | Criminal Case No. 19-60152-CR-Scola |

### Sealed Order Transferring Case to Fugitive Status

This matter is before the Court *sua sponte*. On June 6, 2019, a sealed indictment was filed and this cause was randomly assigned to the undersigned. On the same date a warrant for arrest was issued for the defendant. Since the defendant has not made an initial appearance, he is transferred to fugitive status.

**Done and Ordered** at Miami, Florida, on July 10, 2019.

_____
Robert N. Scola, Jr.
United States District Judge

cc: Sean Beaty, DOJ