UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-60152-CR-SCOLA(s)

UNITED STATES OF AMERICA,

v.

BRIAN NELSON BOOKER,

Defendant.
_____/

## MOTION TO UNSEAL CASE

On June 6, 2019, a grand jury sitting in the Southern District of Florida returned a six-count indictment against Brian Nelson Booker. The indictment was returned under seal, and the Court issued a warrant for Booker's arrest. Booker has remained outside the United States since December 28, 2016, and thus he has not yet been arrested.

On August 22, 2019, the grand jury returned a superseding indictment against Booker with one additional charge. The superseding indictment was not returned under seal; however, because of the initial Order sealing the indictment, the entire docket is still coded as "sealed."

In the interests of justice, the United States of America, by and through its undersigned attorney, now respectfully requests that the Court unseal this case.

Respectfully submitted,

RICHARD E. ZUCKERMAN
Principal Deputy Assistant Attorney General.
U.S. Department of Justice, Tax Division

_____
Sean Beaty, Trial Attorney
U.S. Department of Justice, Tax Division
Sean.P.Beaty@usdoj.gov

*Scott Strauss on behalf of Richard E. Zuckerman*

1