## UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 19-60152-CR-SCOLA(s)

UNITED STATES OF AMERICA,

v.

BRIAN NELSON BOOKER,

**Defendant.**

_____/

| |
|---|
| __ SEALED |
| X NOT SEALED |

Per Local Rule 5.4(d), the matter(s)
shall remain sealed.
_____ years; _____ (specific date);
_____ permanently; _____ (other).

### ORDER UNSEALING CASE

THIS CAUSE is before the Court on the government's motion to unseal this case. Being

fully advised, it is hereby

ORDERED AND ADJUDGED that the motion is GRANTED.

DONE AND ORDERED at Miami, Florida, this 26 day of August, 2019.

HONORABLE ROBERT N. SCOLA, JR
UNITED STATES DISTRICT JUDGE

cc:     DOJ Trial Attorney, Sean Beaty
        AUSA Jared M. Strauss